SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No. CR 23-00008 |
| Plaintiff, | |
| vs. | **MOTION TO SEAL** |
| **YONGDE LI, a/k/a "IVAN,"** | |
| Defendant. | |

1  The United States of America, by and through undersigned counsel, hereby moves the
2  Court for an Order to seal the Information and Plea Agreement in this case as it contains sensitive
3  information.

Respectfully submitted July 3, 2023.

SHAWN N. ANDERSON
United States Attorney

By: _____
ALBERT S. FLORES, JR.
Assistant United States Attorney

Page **1** of **1**